IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR91 |
| | ) | |
| v. | ) | |
| | ) | |
| DAMION L. DAVIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court are the defendant's Motion to Compel Hearing on Rule 35 Motion (Filing No. 44), and Amended Motion for Release of Funds (Filing No. 45). These motions relate to motions previously filed by the defendant in this case (Filing Nos. 31 and 34).

IT IS ORDERED the government is given until **October 11, 2005**, in which to file a response to the above motions.  Thereafter, the court will determine if a hearing is necessary.

DATED this 20th day of September, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge