IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR91 |
| v. | ) | |
| DAMION L. DAVIS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's motions to release funds, Filing Nos. 31 and 45. The court has carefully reviewed the record and concludes that the $460.00 taken from defendant Damion Davis at the time of his arrest on May 29, 2003, should be immediately returned to him.

THEREFORE, IT IS ORDERED that defendant's motions to release funds, Filing Nos. 31 and 45, are granted, and the government shall immediately return to the defendant Damon Davis the $460.00 taken from him at the time of his arrest on May 29, 2003.

DATED this 13th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge