AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03cr91 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 18654-047 |
| | ) | |
| DAMION L. DAVIS, | ) | Karen Shanahan |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 2/3/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 48 months is reduced to 40 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 29      Amended Offense Level: 27
Criminal History Category: IV      Criminal History Category: IV
Previous Guideline Range: 121 to 151 months      Amended Guideline Range: 100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated February 2, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 24th day of August, 2010
Effective Date: August 24, 2010

                                                                     s/ Joseph F. Bataillon
                                                                   Chief United States District Judge